IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03000-RBJ-MEH

JASON ANTALEK
ADAM CARNAHAN
CHRISTOPHER MILLIMAN, on behalf of themselves and others similarly situated,

    Plaintiffs,

vs.

MILNER DISTRIBUTION ALLIANCE, INC., d/b/a MAXX SUNGLASSES, a Colorado corporation; RICHARD MILNER, individually, and; NANCY MILNER, individually,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Having reviewed the Parties' Stipulated Motion to Dismiss with Prejudice under FED. R. CIV. P. 41(a)(1)(ii) and being fully advised, this Court ORDERS that the Motion be and is hereby GRANTED. This action is dismissed WITH PREJUDICE.

Dated January 2, 2013.

BY THE COURT:

_____
United States District Court Judge